JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO CASIAN, | Case No. CV 15-08829 DDP (PLAx) |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| v. | |
| TRUE WORLD FOODS LOS ANGELES LLC, a limited liability company, | |
| Defendants. | |

THE COURT having been notified of settlement of this matter by counsel,

THE COURT ORDERS that this action be, and hereby is, dismissed without prejudice.

THE COURT to retain jurisdiction for a period of 30 days to enforce the terms of the settlement.

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: August 15, 2016

DEAN D. PREGERSON
United States District Judge